Yair Israel Babayoff
69-09 138th Street Apt# 3D
Flushing NY. 11367-1603
Cell 917-577-4623 Fax 212-937-3588

February 24th 2009

United States Bankruptcy Court
Attn: Honorable Judge Elizabeth S. Stong
271 Cadman Plaza East
Brooklyn NY. 11201-1800
Fax 347-394-1865

Re: Chapter 11 Eastern District Case No. 09-40780-663 ESS

To the Honorable Judge:

Mr. Solomon Fachlaev who is listed as a unsecured creditor is constantly harassing my mother at work to try to pressure me to comply with his demands not only that but they are posting signs in all Public areas with her picture too. Neither my mother nor my father has anything to do with this matter Mr. Fachlaev conducted business with me only. Mr. Fachlaev is trying to fraudulently create cosigners by the means of Rabbinical Court

Secondly I received a letter from his Attorney and Queens County State Supreme Court that they are disregarding my bankruptcy filing (as I told The clerk Howard Weider and handed him My filing Receipt on February 4th 2009) and that the case against me with Solomon Fachlaev is continuing On March 5th 2009

I have already notified Ms. Millman from the US Trustee's Office via Telephone About this last Friday. I' am therefore kindly requesting for the court to intervene in this matter.

Thank You

Yair Israel Babayoff

Encl.