UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Yair Israel Babayoff,
                Debtor.

Chapter 11

Case No. 09-40780-ess

### ORDER DIRECTING EXAMINATION
### PURSUANT TO BANKRUPTCY RULE 2004

UPON the annexed application of Robert J. Musso, Chapter 7 Trustee in the related case of Rami Ribi Babayoff, by his attorneys, Rosenberg, Musso & Weiner, LLP, for an order authorizing and directing the examination of Yair Israel Babayoff (the "Debtor"), having knowledge of the facts, under Bankruptcy Rule 2004; and such examination and the production of documents is necessary for the administration of this case, it is on motion of Rosenberg, Musso & Weiner, LLP, attorneys for the Trustee;

ORDERED, that the examination of the Debtor, pursuant to Federal Rule of Bankruptcy Procedure 2004 shall take place within thirty (30) days from the date of this order, or as agreed upon, at the offices of Rosenberg, Musso & Weiner, LLP, 26 Court Street, Suite 2211, Brooklyn, New York 11242, then and there to be examined day-to-day until completion by Rosenberg, Musso & Weiner, LLP, with respect to the subjects which include those set forth in Bankruptcy Rule 2004 and in the application; and it is further

ORDERED, that the Debtor is directed to produce the documents listed on the annexed schedule, which is incorporated herein by reference, for inspection and copying at the offices of Rosenberg, Musso & Weiner, 26 Court Street, Suite 2211, Brooklyn, New York 11242, seven (7) working days before the date of the examination; and it is further

ORDERED, that service by regular mail of a copy of this order, the schedule of documents to be produced, and the application, upon the Debtor within seven (7) days from the date of this order shall be deemed good and sufficient service.

Dated: Brooklyn, New York
             , 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth S. Stong
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cmyfilesfriedmanorder