

**U.S. Department of Justice**

*Office of the United States Trustee*
*Eastern District of New York*
*Brooklyn Division*

---

*271 Cadman Plaza East, Suite 4529*
*Brooklyn, New York 11201*
*Telephone Number 718-422-4960*
*Facsimile Number  718-422-4990*

June 2, 2009

**Via First Class Mail**

Mr. Yair Israel Babayoff
144-33 Melbourne Avenue
Flushing, NY 11367

        Re:    Yair Israel Babayoff, Debtor
                Chapter 11 Case No. 09-40780 (ESS)

Dear Mr. Babayoff:

     Please be advised that the status conference in your chapter 11 case has been adjourned to July 21, 2009, at 11:00 a.m.

     If you have any questions, please feel free to contact me.

                                    Sincerely,
                                    Diana G. Adams
                                    United States Trustee

                        By:    *s/ Valerie Millman*
                                    Valerie Millman
                                    Trial Attorney