UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In Re:

Chapter 11

Case No. 09-40780 −ess

Yair Israel Babayoff a/ka Yaher Israel Babayoff

---------------------------------------------------------------x

### NOTICE OF MOTION TO DISQULAIFY ATTORNEY GREGORY MESSER ESQ. AND RACHEL BLUMINGFELD OF COUNSEL AS ATTORNEY FOR CREDITOR SOLOMON FACHLAEV BASED ON PREVIOUS COUNSULTATION

PLEASE TAKE NOTICE that upon the annexed Application filed by the Debtor for an Order Approving the disqualification of Solomon Fachlaev 's attorney based on the debtor consulting with the of counsel attorney Rachel Blumfeld in regards to the Debtor's first bankruptcy filing in 2007 and recently discussing matters on Chapter 11 case mentioning at all times of the consultation on going problems with the unsecured creditor Solomon Fachlaev who currently is being represented by, and the annexed affidavit of Yair Israel Babayoff affirmed August 18th 2009  the undersigned will present the attached proposed order granting the Motion to the Honorable Elizabeth S Stong, United States Bankruptcy Judge, for signature on August 31st 2009 at 9:00 a.m.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Motion is filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the Users' Manual for the electronic case filing system can be found at www.nysb.uscourt.gov, the official website for the bankruptcy court), by registered users of the Bankruptcy Court's case filing system and, by all other

parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

Wordperfect or any other Windows-based word processing format (with a hard copy

delivered directly to Chambers), and served in accordance with General Order M-242,

and shall be served upon (a) Yair Israel Babayoff 69-09 138th Street Apt# 3D Flushing

New York 11367-1603 (b) the Office of the United States Trustee for the Eastern District of

New York, and shall be filed with the Clerk of the United States Bankruptcy Court for

the Eastern District of New York, in each case to allow actual receipt by each of the

foregoing no later than August 26th 2009 at 5:00p.m., there will not be a hearing and the

order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely served

and filed in accordance with the previous paragraph, a hearing will be scheduled.


Dated:  August 18th 2009

By: _____

Yair Israel Babayoff Pro-se Debtor
144-33 Melbourne Avenue
Flushing NY. 11367-1341
(718) 544-9045

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

                             Chapter 11
                             Case No. 09-40780

Yair Israel Babayoff a/ka Yaher Israel Babayoff

-----------------------------------------------------------------x

### AFFIRMATION IN SUPPORT FOR DIQULAIFICATION OF GREGORY MESSER ESQ AND RACHEL BLUMFED ESQ. AS COUNSEL FOR SOLOMON FACHLAEV AS UNSECURED CREDITOR BASED ON DEBTORS PRIOR COUNSULTATION WITH COUNSEL RESULTING IN CONFLICT OF INTEREST

STATE OF NEW YORK     )
                         ) SS.:
COUNTY OF NEW YORK  )

          I Yair Israel Babayoff, affirms, deposes and says:

1- Debtor filed a Chapter 7 Bankruptcy petition pro-se in July 19th 2007, and Chapter 11 Case on February 3rd 2009.

2- Prior to the filing of the petition Debtor Received the phone number of Rachel Blumingfeld. Located at 26 Court Street Suite# 2400 Brooklyn NY. 11242 Who is "of counsel" for the unsecured creditor Solomon Fachlaev who is being represented by Gregory Messer.

3- Debtor Discussed in detail with Rachel Blumingfeld about ongoing problems with chapter 7 case.

4- Rachel Blumfeld although "of counsel" for Mr. Gregory Messer has already involved herself with debtor's case and believes their is a conflict of interest which could be detrimental to the debtor

5- Rachel Blumingfeld shares the same office with Mr. Gregory Messer and Debtor believes that Mr. Gregory Messer involves Ms. Rachel Blumingfeld with his constant case flow including this one and could assist with legal support with Mr. Gregory Messer's files

6- Debtor believes that once a person consults with an attorney on a certain matter those Communications are to remain confidential and debtor believes that the attorney is refrained from

Using this information on the same matter to represent the opposing side or against him or to

Disclose this information to an "of counsel" associate.

7- Debtor believes that even though Rachel Blumingfeld is an "of counsel" status she already

appeared on my case with the knowledge that she had consulted with me prior to a notice of

her appearance in the same matter and debtor further believes that information can be divulged to Mr.

Gregory Messer which is in violation of the client confidentiality rule.

8- It has also come to Debtor's attention that Mr. Gregory Messer has made a Notice of Appearance

Debtor's father case involving the same alleged unsecured creditor which could entail the same Problem.

**(Exhibit A)**

9- On August 13th 2009 when Ms. Rachel Blumingfeld already made the appearance the court has

Excused her Appearance based on Debtor's allegation and based on her partial admission that

there was some consultation on the current Chapter 11 Case on stating "General Terms" with both

Debtor and his father, and which then Debtor then answered "that was not true and that he also spoke to

Ms. Rachel Blumingfeld back in July of 2007 in regards to the Chapter 7 proceeding mentioning or

identifying all aspects of my case which involved Solomon Fachlaev as a unsecured creditor.

10- Solomon Fachlaev has already done this before where in August 2006 prior of even Debtor suing

attorney On a malpractice case Asher E. Taub a/o Atlases and Taub PC., who represented me in the

closing in connection with 1416 Putnam Avenue Mr. Asher Taub chose upon himself to divulge

information to Mr. Solomon Fachlaev upon Mr. Fachlaev's request and with the knowledge that Mr.

Solomon Fachalev's knew that Mr. Asher Taub and his firm represented the debtor, by representing

Solomon Fachalev and sending communication to HPD. **(Exhibit B)**

11- Debtor believes that by Mr. Gregory Messer representing Mr. Solomon Fachlaev could be a

conflict of interest, violation of attorney client privileges, and damaging by Ms. Rachel Blumfeld

making herself available to Mr. Gregory Messer in assisting him with the case for Solomon Fachlaev.

12- Current Counsel has an interest in representing this creditor in particular due to the fact that

Counsel in not required to obtain a retention order on legal fee's and a possible insight of Debtor Case

13- As stated on Augusut 18th 2009 in the Telephone Conference on Debtor's case Mr. Gregory Messer

already made it clear that Rachel Blumingfeld shares an office with Mr. Gregory Messer giving Ms.

Rachel Blumingfeld complete access to files

14- Debtor is preying that the motion to disqualify counsel to be granted and for Solomon Fachalev

To new retain counsel and Debtor is willing to provide a list of counsel that Debtor has consulted

with to avoid a repeat of the same problem.

Yair Israel Babayoff

Sworn to before me this
18___ day of ~~April~~ August, 2009

Isaac N Zechler

Notary Public

Isaac N. Zedner
Notary Public, State of New York
Qualified in Queens County
No. 01ZE6193425
My Commission Expires September 15, 2012

Jason N. Zuhre
Notary Public, State of New York
Qualified in Duchess County
No. 01ZE6816252
My Commission Expires September 15, 2012

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In Re:

                                  Case No. 109-40780 (ESS)

    YAIR ISRAEL BABAYOFF,

             Debtor(s).

                                  Chapter 11

             Debtor.
-------------------------------------------------------- X

## <u>NOTICE OF APPERANCE</u>

        PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Solomon Fachlaev in the within proceeding.

        Please send copies of all Notices and all papers filed in the case to the undersigned. Further , please add our firm name to the mailing matrix.

DATED:      August 14, 2009
              Brooklyn, New York

                           Yours, etc.

                           Law Offices of Gregory Messer
                           Attorneys  for Solomon Fachlaev

                           By: */s/ Gregory Messer*
                             Gregory Messer, Esq.
                             Bar Code: GM#7539
                             26 Court Street, Suite 2400
                             Brooklyn, NY 11242
                             (718) 858-1474

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In Re:

                                     Case No. 108-45320 (ESS)

    RAMI RIBI BABAYOFF,

            Debtor(s).

                               Chapter 7

            Debtor.
------------------------------------------------------- X

## NOTICE OF APPERANCE

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Solomon
Fachlaev in the within proceeding.

       Please send copies of all Notices and all papers filed in the case to the undersigned.
Further, please add our firm name to the mailing matrix.

DATED:     August 14, 2009
             Brooklyn, New York

                             Yours, etc.

                             Law Offices of Gregory Messer
                             Attorneys  for Solomon Fachlaev

                             By: */s/ Gregory Messer*
                                Gregory Messer, Esq.
                                Bar Code: GM#7539
                                26 Court Street, Suite 2400
                                Brooklyn, NY 11242
                                (718) 858-1474

# EXHIBIT B

03 11 52 p m    08-03-2006    1 2

17188912274

# Alatsas & Taub, P.C.

Attorneys At Law
2115 Avenue U
Brooklyn, NY 11229
(718) 891-1200
Fax (718) 891-2274

# FAX COVER SHEET

**TO:** Grace Samala @ Dpt of Housing, Preservation & Development

**COMPANY:** _____

**FAX No.:** (212) 863-7306    **DATE:** 08 / 03 / 2006

**RE:** 1416 Putnam Ave.

**NO. OF PAGES:**    (Including Cover Sheet)

**FROM:** Theodore Alatsas _____    Asher E. Taub _____    Chaim Dahan _____
Milagros Tassey _____    Jason Rebhun _____    Mina Schorr _____

**COMMENTS:**

_____
_____
_____
_____
_____
_____

NOTE AS TO CONFIDENTIALITY

This and any accompanying pages contain information from the law firm of Alatsas & Taub, P.C., which is confidential and/or privileged. The information is intended for the use of the above ... e only. If you are not the intended recipient, be aware that any disclosure, copying, ...tribution or use of the contents of this information is prohibited. If you have received this ... simile in error, please notify our offices by telephone immediately, so that we can arrange for ... retrieval of the original documents at no cost to you

03 12 05 p m    08-03-2006      2 /2

# ALATSAS and TAUB, P.C.

### ATTORNEYS AT LAW
2115 AVENUE U, BROOKLYN, NY 11229
(718) 891-1200 • FAX (71) 891-2274

THEODORE ALATSAS
ASHER E. TAUB *

CHAIM DAHAN, ESQ. *
Direct Dial (718) 769-2500
* ALSO ADMITTED IN NEW JERSEY

August 3, 2006

VIA FAX (212) 863-7300
Dept. of Housing,  Preservation & Development
Att: Grace Samala

Re: 1416 Putnam Avenue
Brooklyn, New York

Dear Ms. Samala,

Please be advised that we represent Mr. Solomon Fachalayev, who holds a private mortgage for the 1416 Putnam Avenue property.  To date Mr. Fachalayev has not received a payment for  this mortgage and might foreclose on this premises.  He would like to know the status of the property before doing so.

Please provide our firm with status of said property.

Thank you for your prompt attention to this matter.

Very truly yours,

Asher E. Taub, Esq.



## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2005101901463001011EB6F6

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| Document ID: 2005101901463001 | Document Date: 09-28-2005 | Preparation Date: 06-09-2006 |
|---|---|---|
| Document Type: DEED | | |
| Document Page Count: 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| THRESHOLD LAND, INC., | THRESHOLD LAND, INC., |
| 584 MAIN STREET | 584 MAIN STREET |
| SUITE 2 | SUITE 2 |
| ISLIP, NY 11751 | ISLIP, NY 11751 |
| 631-224-1345 | 631-224-1345 |
| TRICIAMILLER@THRESHOLDLAND.COM | TRICIAMILLER@THRESHOLDLAND.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3378 | 20   Entire Lot | 6 | 1416 PUTNAM AVENUE |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN: 2005000607799

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| AURORA LOAN SERVICES | YAIR ISRAEL BABAYOFF |
| 327 INVERNESS DRIVE SOUTH | 144-33 MELBOURNE AVENUE |
| EAGLEWOOD, CO 80112 | FLUSHING, NY 11367 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 57.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| | | | $ | 165.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | Ref.No. 200509300026030105 PREPAID $ | 1,692.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

Recorded/Filed        06-14-2006 12:59

City Register File No.(CRFN):
2006000334432

*Annette M Hill*

*City Register Official Signature*

NYC HPD Preliminary Residential Property Transfer Form

THIS INDENTURE, made as of the 28th day of September, 2005

BETWEEN        Aurora Loan Services. 327 Inverness Drive South, Englewood, Colorado
80112

party of the first part,

Yair Israel Babyoff, residing at 144-33 Melbourne Avenue, Flushing, New
York 11367

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ($ 415,000) four
hundred fifteen thousand Dollars and 00/100 Dollars and other valuable consideration
paid by the party of the second part, does hereby grant and release unto the party of the
second part. the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot. piece or parcel of land, with the buildings and improvements
thereon erected, situated, lying and being in the County of Kings, State of New York,
bounded and described as follows:

See Attached Schedule A, annexed hereto and made a part hereof, said property being
commonly known as:

1416 Putnam Avenue, Brooklyn, New York  11213

Being and intended to be the same as in deed dated September 26, 2005 from Federal
National Mortgage Association to Aurora Loan Services to be recorded simultaneously
herewith.

This transaction is made in the regular course of grantor=s business.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to
any streets and roads abutting the above described premises to the center lines thereof;
TOGETHER with the appurtenances and all the estate and rights of the party of the first
part in and to said premises; TO HAVE AND TO HOLD the premises herein granted
unto the party of the second part, the heirs or successors and assigns of the party of the
second part forever.

AND the party of the first part covenants that the party of the first part has not done or
suffered anything whereby the said premises have been encumbered in any way whatever.
except as aforesaid.

AND the party of the first part. in compliance with Section 13 of the Lien Law, covenants
that the party of the first part will receive the consideration for this conveyance and will
hold the right to receive such consideration as a trust fund to be applied first for the
purpose of paying the cost of the improvement and will apply the same first to the
payment of the cost of the improvement before using any part of the total of the same for
any other purpose.  The word "party" shall be construed as if it read "parties" whenever
the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

Aurora Loan Services

By: _____

Marc Burridge
Vice President

STATE OF *Colorado*  )
                     ) ss.
COUNTY OF *Douglas*  )

On the *28th* Day of *September* in the year 2005 before me, the undersigned, personally appeared *Marc Burridge* of *Aurora Loan Svcs.* ., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) described in the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of *Englewood* , State of *Colorado*

> BRENDA JULIAN
> NOTARY PUBLIC
> STATE OF COLORADO
> MY COMM. EXP. 3-18-09

_____
Notary Public

## SEAL

---

Aurora Loan Services

               TO

Yair Israel Babyoff

---

### DEED

---

BLOCK: 3378
LOT:  20

RECORD AND RETURN TO:
Alatsas & Taub
2115 Avenue U
Brooklyn, New York 11242
Attn: Chaim Bahan, Esq.

**Schedule A Description**

Title Number TL96-20335                        Page   1

Section               Block 3378      Lot 20

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Putnam Avenue distant 298 feet 9 inches westerly from the corner formed by the intersection of Putnam Avenue and the westerly side of Irving Avenue;

RUNNING THENCE westerly along Putnam Avenue, 26 feet 3 inches;

THENCE southerly parallel with Irving Avenue and part of the distance through a party wall, 100 feet;

THENCE easterly and parallel with Putnam Avenue, 26 feet 3 inches;

THENCE northerly parallel with Irving Avenue and part of the distance through a party wall, 100 feet to the point or place of BEGINNING.

<table>
<tr><td>

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

</td><td>



2005101901463001011S7877

</td></tr>
</table>

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

| Document ID: 2005101901463001 | Document Date: 09-28-2005 | Preparation Date: 06-09-2006 |
|---|---|---|

Document Type: DEED

**ASSOCIATED TAX FORM ID: 2006030900032**

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**
(Rev 11/2002)

**FOR CITY USE ONLY**

| | |
|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ (Month/Day/Year) |
| C3. Book OR C5. CRFN | C4. Page |

**PROPERTY INFORMATION**

1. Property Location: **1416** (STREET NUMBER) **PUTNAM AVENUE 6** (STREET NAME) **BROOKLYN** (BOROUGH) **11237** (ZIP CODE)

2. Buyer Name: **BABAYOFF** (LAST NAME / COMPANY) **YAIR ISRAEL** (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: **26** (FRONT FEET) X **100** (DEPTH) OR ____ (ACRES)

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

6. Seller Name: **AURORA LOAN SERVICES** (LAST NAME / COMPANY) (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:
A ☐ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Commercial
F ☑ Apartment
G ☐ Entertainment / Amusement
H ☐ Community Service
I ☐ Industrial
J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: **9 / 28 / 2005** (Month/Day/Year)

11. Date of Sale / Transfer: **9 / 30 / 2005** (Month/Day/Year)

12. Full Sale Price $ **4,150,00** (rounded to nearest whole dollar amount)
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale:

14. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
J ☑ None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

15. Building Class: **C 2**
16. Total Assessed Value (of all parcels in transfer): **3,14,17**

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) ): **BROOKLYN 3378 20**

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

BUYER

BUYER SIGNATURE / DATE

STREET NUMBER / STREET NAME (AFTER SALE)

CITY OR TOWN / STATE / ZIP CODE

BUYER'S ATTORNEY

LAST NAME / FIRST NAME

AREA CODE **718** TELEPHONE NUMBER **891-1200**

SELLER

SELLER SIGNATURE / DATE

2006030900032201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 744-33 | melBourne Hve. | 718 · 891-1200 | |
| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE    TELEPHONE NUMBER | |
| | | SELLER | |
| Flushing | NY   11367 | | |
| CITY OR TOWN | STATE   ZIP CODE | SELLER SIGNATURE | DATE |

2005093000260201

**Schedule A Description**

Title Number TL06-20336                                                                 Page    1

                        Section                    Block 3376        Lot 20

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Putnam Avenue distant 298 feet 9 inches westerly from the corner formed by the intersection of Putnam Avenue and the westerly side of Irving Avenue;

RUNNING THENCE westerly along Putnam Avenue, 26 feet 3 inches;

THENCE southerly parallel with Irving Avenue and part of the distance through a party wall, 100 feet;

THENCE easterly and parallel with Putnam Avenue, 26 feet 3 inches;

THENCE northerly parallel with Irving Avenue and part of the distance through a party wall, 100 feet to the point or place of BEGINNING.

4

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2005101901463001011S7877

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

Document ID: 2005101901463001          Document Date: 09-28-2005          Preparation Date: 06-09-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:  2006030900032**

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**FOR CITY USE ONLY**

| | |
|---|---|
| C1. County Code | C2. Date Deed Recorded __ / __ / __ (Month / Day / Year) |
| C3. Book OR | C4. Page |
| C5. CRFN | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC
(Rev 11/2003)

## PROPERTY INFORMATION

**1. Property Location**
1416 (STREET NUMBER)    PUTNAM AVENUE 6 (STREET NAME)    BROOKLYN (BOROUGH)    11237 (ZIP CODE)

**2. Buyer Name**
BABAYOFF (LAST NAME / COMPANY)    YAIR ISRAEL (FIRST NAME)

(LAST NAME / COMPANY)    (FIRST NAME)

**3. Tax Billing Address**
Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
(LAST NAME / COMPANY)    (FIRST NAME)
(STREET NUMBER AND STREET NAME)    (CITY OR TOWN)    (STATE)    (ZIP CODE)

**4. Indicate the number of Assessment Roll parcels transferred on the deed** ___ 1 ___ # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size**
26 (FRONT FEET) X 100 (DEPTH) OR ___ (ACRES)

Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

**6. Seller Name**
AURORA LOAN SERVICES (LAST NAME / COMPANY)    (FIRST NAME)

(LAST NAME / COMPANY)    (FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A [ ] | One Family Residential | C [ ] | Residential Vacant Land | E [ ] | Commercial | G [ ] | Entertainment / Amusement | I [ ] | Industrial |
| B [ ] | 2 or 3 Family Residential | D [ ] | Non-Residential Vacant Land | F [✓] | Apartment | H [ ] | Community Service | J [ ] | Public Service |

## SALE INFORMATION

**10. Sale Contract Date** 9 / 28 / 2005 (Month / Day / Year)

**11. Date of Sale / Transfer** 9 / 30 / 2005 (Month / Day / Year)

**12. Full Sale Price** $ 4,15,0,0,0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A [ ] | Sale Between Relatives or Former Relatives |
| B [ ] | Sale Between Related Companies or Partners in Business |
| C [ ] | One of the Buyers is also a Seller |
| D [ ] | Buyer or Seller is Government Agency or Lending Institution |
| E [ ] | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F [ ] | Sale of Fractional or Less than Fee Interest (Specify Below) |
| G [ ] | Significant Change in Property Between Taxable Status and Sale Dates |
| H [ ] | Sale of Business is Included in Sale Price |
| I [ ] | Other Unusual Factors Affecting Sale Price (Specify Below) |
| J [✓] | None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** C, 2    **16. Total Assessed Value (of all parcels in transfer)** 3,1,4,1,7

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**
BROOKLYN 3378 20

## CERTIFICATION    I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

(BUYER SIGNATURE)    (DATE)

(STREET NUMBER)    (STREET NAME (AFTER SALE))

(CITY OR TOWN)    (STATE)    (ZIP CODE)

**BUYER'S ATTORNEY**

(LAST NAME)    (FIRST NAME)
718    891-1200
(AREA CODE)    (TELEPHONE NUMBER)
SELLER

(SELLER SIGNATURE)    (DATE)

2006030900032201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER** | **BUYER'S ATTORNEY**

BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME

144-35  meBourne Ave. | 718 · | 891-1200

STREET NO. INDEX | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER

**SELLER**

Flushing, | NY | 11367

POST OFFICE | STATE | ZIP CODE | SELLER SIGNATURE | DATE

2005093000260201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York      )
                       ) SS.:
County of              )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

### 1416  PUTNAM AVENUE
Street Address

| | | | | Unit/Apt. |
|---|---|---|---|---|
| **BROOKLYN** | New York, | 3378 | 20 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Stephanie E. Imor
Name of Grantor (Type or Print)

Signature of Grantor

Yan Israel Babayoff
Name of Grantee (Type or Print)

Signature of Grantee

Sworn to before me
this 3 C. date of September 20CC5

**JUDI R. KAMSLER**
Notary Public  State of New York
No. 01KA6093462
Qualified in Bronx County
Commission Expires June 2, 20__

Sworn to before me
this 3 C  date of September 20CC5

**JUDI R. KAMSLER**
Notary Public, State of New York
No. 01KA6093462
Qualified in Bronx County
Commission Expires June 2, 20__

SEAL

SEAL

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

· 1 ·

2005093000260101