**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____
                                           )
In Re:                                     )          Chapter 11
                                           )
                                           )          Case No. 1-09-40780-ess
        YAIR ISRAEL BABAYOFF,              )
                                           )          **NOTICE OF APPEAL**
                                           )
                                           )
        Debtor.                            )
_____     )

       Peter Nakos, as witness, appeals pursuant to 28 USC §158. Peter Nakos appeals from the Amended Order of the Hon. Elizabeth S. Stong directing Peter Nakos to produce documents pursuant to Bankruptcy Rule 2004 by a date certain. The Amended Order was So Ordered and Endorsed on the Calendar on May 11, 2010.

       The names of all parties to the Amended Order appealed from and the names, addresses of their respective attorneys are as follows:

Diana G. Adams, US Trustee
USTPRegion02.BR.ECF@usdoj.gov

Gary C. Fischoff and Heath S. Berger on behalf of Debtor Yair Babayoff
gfischoff@sfbblaw.com, hberger@sfbblaw.com

Bruce Weiner on behalf of Interested Party Robert J. Musso, Chapter 7 Trustee of Rami Ribi Babayoff
rmwlaw@att.net

Gregory Messer on behalf of Creditor Solomon Fachlaev
gremesser@aol.com, gmesserpllc@aol.com

Hugh H. Shull on behalf of Creditor City of New York HPD
hshull@law.nyc.gov

Ronald M. Terenzi on behalf of Creditor Capital One Bank, successor by merger to Green Point Mortgage
rterenzi@stcwlaw.com

Rachel S. Blumenfeld on behalf of Other Prof. Rachel Blumenfeld
rblmnf@aol.com

Mark K. Broyles on behalf of Creditor HSBC Mortgage Corp.
broylesmk@rgcattys.com, weinhartr@rgcattys.com

Dated:  May 21, 2010
       Brooklyn, New York

                                                         /s/ Jeffrey L. Saltiel
                                             Jeffrey L. Saltiel, Esq.
                                             Wenig Saltiel, LLP
                                             *Attorneys for Peter Nakos*
                                             26 Court Street, Suite 502
                                             Brooklyn, New York 11242
                                             (718) 797-5700

# AFFIRMATION OF SERVICE

State of New York )
                         ) ss.
County of Kings   )

    Jeffrey Saltiel, deposes and says:

    1. I am not a party to this action and I am an attorney admitted to practice in the State of New York.

    2. That on May 21, 2010, I served the within Notice of Appeal upon each of the following persons at the last known email address set forth after each name, pursuant to EDNY Local Bankruptcy Rule 9063-2(b):

Diana G. Adams, US Trustee
USTPRegion02.BR.ECF@usdoj.gov

Gary C. Fischoff and Heath S. Berger on behalf of Debtor Yair Babayoff
gfischoff@sfbblaw.com, hberger@sfbblaw.com

Bruce Weiner on behalf of Interested Party Robert J. Musso, Chapter 7 Trustee of Rami Ribi Babayoff
rmwlaw@att.net

Gregory Messer on behalf of Creditor Solomon Fachlaev
gremesser@aol.com, gmesserpllc@aol.com

Hugh H. Shull on behalf of Creditor City of New York HPD
hshull@law.nyc.gov

Ronald M. Terenzi on behalf of Creditor Capital One Bank, successor by merger to Green Point Mortgage
rterenzi@stcwlaw.com

Rachel S. Blumenfeld on behalf of Other Prof. Rachel Blumenfeld
rblmnf@aol.com

Mark K. Broyles on behalf of Creditor HSBC Mortgage Corp.
broylesmk@rgcattys.com, weinhartr@rgcattys.com

May 21, 2010
Brooklyn, NY

                                              /s/ Jeffrey Saltiel
                                                   Jeffrey Saltiel