Case 1-09-40780-nhl   Doc 406   Filed 01/03/18   Entered 01/03/18 14:33:15

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| January 3, 2018 12:20:28 PM EST | 18886365218 | 59 | 2 | Received |

To: Page 1 of 2       2018-01-03 17:19:27 (GMT)        18886365218 From: Yair Babayoff

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 13473941865 |
| FROM | Yair Babayoff |
| DATE | 2018-01-03 17:19:16 GMT |
| RE | Yair Babayoff |

## COVER MESSAGE

Thank you so very much

*Yair Israel Babayoff*

**Yair Israel Babayoff**
**69-09 138th Street Suite # 3D**
**Flushing NY 11367-1653**
**Cell 917-577-4623**
E-mail Yad14llc@msn.com

January 3, 2018

United States Bankruptcy Court
Hon Judge Elizabeth S Stong
271 Cadman Plaza East Room 3585
Brooklyn NY 11201-1800

**Re: 0940780 Automatic Stay Motion**

To the Honorable Judge:

  I was advised by the modification department Manager Torry Ext 4263373 that a further review is still needed for the modification process

  Iam requesting if possible for and adjournment for an additional 30 days per they advise , in the meantime I'am willing to pay for the month of December & January, not to have a further build up of the arrears

Iam hoping that this issue will be resolved as soon as possible

Please Advise if an adjournment is possible

Thank you


CC
Regina Weinhart
Fein Such and Crane LLP

US Bankruptcy Court

_____
Yair Israel Babayoff