# FEIN, SUCH & CRANE, LLP
## Attorneys At Law
Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

January 3, 2018

Hon. Elizabeth S. Stong
US Bankruptcy Court-EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Re: NationStar Mortgage LLC vs. Yair Israel Babayoff *aka* Yaher Israel Babayoff
Case No. 1-09-40780-ess

Dear Honorable Stong:

We are in receipt of the request to adjourn the Motion for Relief filed on behalf of NationStar Mortgage LLC in regards to the Property located at 69-09 138th Street Unit: 3D, Kew Gardens Hills, NY for 30 days. Unfortunately, we are unable to consent at this time. We have received correspondence from NationStar advising that the Loss Mitigation request has now been reviewed and denied, annexed hereto as Exhibit "A."
If the Debtor wishes to reinstate his account, the Loan is now due for October 2014 through and including January 2018 in the amount of $452.09 per month for a total of $18,083.60. Said payment shall be in the form of certified funds and mailed to:

NationStar Mortgage LLC *dba* Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

If confirmation is received by the Bank that certified funds have been received in full prior to the hearing date of January 9, 2018, the motion will be withdrawn without prejudice

Very respectfully,
FEIN, SUCH & CRANE, LLP

Mark K. Broyles, Esq.

CC: Yair Israel Babayoff

via email: yad14llc@msn.com
regular mail: Yair Israel Babayoff, P.O Box 6711196, Flushing, NY 11367

      **Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.**

      If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

      Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.