UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                           Chapter 7

YAIR ISRAEL BABAYOFF,                         Case No. 09-40780-ess
*aka* YAHER ISRAEL BABAYOFF,


                                    Debtor.
-------------------------------------------------------------x

### ORDER REQUESTING ADMINISTRATIVE REASSIGNMENT OF CASE

WHEREAS, this case was originally commenced under Chapter 11 of the Bankruptcy Code on February 3, 2009, and was assigned to the Honorable Elizabeth S. Stong; and

WHEREAS, this case was converted to one under Chapter 7 of the Bankruptcy Code on February 16, 2011.

NOW THEREFORE, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 455(a) and in the interests of justice and proper case administration, the Honorable Elizabeth S. Stong requests the reassignment of this case; and it is further

ORDERED, that this case is referred back to the Clerk of Court for reassignment.



Dated: Brooklyn, New York  
January 8, 2018

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Yair Israel Babayoff
P.O. Box 6711196
Flushing, NY 11367

Paul I. Krohn
40 Clinton Street
Suite 1G
Brooklyn, NY 11201

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Gregory Messer, Esq.
26 Court Street, Suite 2400
Brooklyn, NY 11242

Jeffrey Saltiel
WENIG SALTIEL LLP
26 Court Street, Suite 502
Brooklyn, New York 1 1242

MARK K. BROYLES, ESQ.
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
Attorneys for Capital One Bank, successor by merger to Green Point Mortgage
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Attention: Ronald M. Terernzi, Esq.